THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT HARRIS, Appellant.

The record offers no support for defendant's arguments that his *Wade* and *Sandoval* motions were improperly denied. Nor does the record provide any support for his argument that his conviction was contrary to the weight of the evidence. Defendant's contention that Penal Law § 70.06 is facially unconstitutional has not been preserved for appellate review and is, in any event, meritless (*People v Lemon,* 62 NY2d 745). The sentence imposed was not excessive. Titone, J. P., Lazer, Niehoff and Rubin, JJ., concur.